UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Civ. No. 1:20-CV-265-FDW

| | |
|---|---|
| SANDRA CROSS WENZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## <u>ORDER</u>

THIS MATTER is before the Court on the Consent Motion to Remand (Doc. NO. 17). Defendant, Kilolo Kijakazi, Acting Commissioner of Social Security, has moved this Court, pursuant to sentence four of 42 U.S.C. § 405(g), to enter a judgment reversing her decision with a remand of the case for further administrative proceedings, including a new hearing. Plaintiff, through counsel, consents to Defendant's Motion for Remand to the Commissioner. For the reasons stated in the motion, it is GRANTED.

IT IS THEREFORE ORDERED that pursuant to the power of this Court to enter a judgment reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), this Court hereby REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the case to the Commissioner for further administrative proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

The Clerk of the Court is directed to terminate all pending motions, enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure, and close the case.

IT IS SO ORDERED.

Signed: August 12, 2021

Frank D. Whitney
United States District Judge